# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Storage Unit 7227, Extra Space Storage<br>5891 S. Youngfield Court, Littleton, Colorado, more<br>fully described in Attachment A2, attached hereto. | )<br>)  Case No. 18-sw-5731-STV<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A2"**, which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of ___Colorado___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1001 | False Statement |
| 18 U.S.C. § 1621 | Perjury |

The application is based on these facts:

- X  Continued on the attached affidavit, which is incorporated by reference.
- ☒ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Maria Papageorgiou*
*Applicant's signature*

Task Force Officer Maria Papageorgiou, FBI
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  July 20, 2018

*Judge's signature*

City and state:  Denver, CO                    Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

## **ATTACHMENT A2**

### **Premises to Be Searched**

This warrant applies to Storage Unit 7227, located at a facility operated by Extra Space Storage at 5891 S. Youngfield Court, Littleton, Colorado, including any safes, chests, or other sealed containers therein.

## ATTACHMENT B

### Particular Things to be Seized

From within the premises to be searched, seizure is authorized of any evidence, in whatever form, of violations of 18 U.S.C. §§ 1001 (False Statements) and 1621 (Perjury) by Diane Dalmy, relating to Dalmy's submission of a financial affidavit to the United States Probation Office in connection with her sentencing in *United States v. Diane Dalmy*, 3:18cr21(JAM) (D. Conn.), including but not limited to any currency, checks, or other financial instruments.